IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL EUGENE BLACK, # 279868, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   Civil Action No. 2:13cv293-TMH |
| | )                    (WO) |
| LEON FORNISS, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for appointment of counsel filed by the petitioner (Doc. No. 4), it is

ORDERED that this motion be and is hereby DENIED.

Done this 13th day of June, 2013.

　　　　　　　　　　　　　　　／s/ Susan Russ Walker
　　　　　　　　　　　　　　SUSAN RUSS WALKER
　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE